**Filed**

JUN 12 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES NEWMAN,<br>　　　Plaintiff,<br>　vs.<br>W. HALBERT,<br>　　　Defendant. | No. C 06-04005 JW (PR)<br><br>**ORDER CONSOLIDATING CASES** |
| CHARLES NEWMAN,<br>　　　Plaintiff,<br>　vs.<br>C. BRUCE, et al.,<br>　　　Defendant. | No. C 06-05993 JW (PR) |
| CHARLES NEWMAN,<br>　　　Plaintiff,<br>　vs.<br>M. TACKETT, et al.,<br>　　　Defendant. | No. C 06-06288 JW (PR) |
| CHARLES NEWMAN,<br>　　　Plaintiff,<br>　vs.<br>M. TACKETT, et al.,<br>　　　Defendant. | No. C 06-06740 JW (PR) |

| | | |
|---|---|---|
| 1 | CHARLES NEWMAN,<br>    Plaintiff,<br>  vs.<br>CORRECTIONAL OFFICER M.E. POLK, et al.,<br>    Defendant. | No. C 06-07241 JW (PR) |
| 2 | CHARLES NEWMAN,<br>    Plaintiff,<br>  vs.<br>S. LEISHMAN, et al.,<br>    Defendant. | No. C 07-00518 JW (PR) |
| 3 | CHARLES NEWMAN,<br>    Plaintiff,<br>  vs.<br>S. TROJELLO, et al.,<br>    Defendant. | No. C 07-00905 JW (PR) |
| 4 | CHARLES NEWMAN,<br>    Plaintiff,<br>  vs.<br>P. TERRY, et al.,<br>    Defendant. | No. C 07-01329 JW (PR) |
| 5 | CHARLES NEWMAN,<br>    Plaintiff,<br>  vs.<br>SUE RISEN HOOVER, et al.,<br>    Defendant. | No. C 07-02374 JW (PR) |

United States District Court
For the Northern District of California

| | |
|---|---|
| CHARLES NEWMAN,<br>　　　　Plaintiff,<br>vs.<br>C. BRUCE, et al.,<br>　　　　Defendant. | No. C 07-02810 JW (PR) |

The plaintiff in the above-entitled matters has filed a series of civil rights complaints, all appearing to arise out of a common nucleus of events and involve the same defendants. On its own motion, the Court orders the cases consolidated.

The Consolidated case shall be entitled "In re Charles Newman Section 1983 Claims," and shall bear the Case Number of the earliest filed case: C 06-04005 JW (PR).

After filing this Order in each of the cases, the Clerk of the Court is ordered to close the files on each of the other cases and terminate any pending motions therein. All future filings by plaintiff with respect to the above-entitled cases shall be in the consolidated case file.

DATED: June 12, 2007

JAMES WARE
United States District Judge

3